proceed further *in forma pauperis,* denied. *Mr. James Frank Kemp* for petitioner.

No. 260. PATTON *v.* BALDI, SUPERINTENDENT, ET AL. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis,* denied. *Karlton A. Patton, pro se. Mr. Charles F. Kelley.* for respondents.

No. 272. JACKSON *v.* O'GRADY, WARDEN. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Nebraska, and motion for leave to proceed further *in forma pauperis,* denied. *James E. Jackson, pro se. Messrs. Walter R. Johnson,* Attorney General of Nebraska, *H. Emerson Kokjer,* and *Charles F. Bongardt,* Assistant Attorneys General, for respondent.

No. 278. STEELE *v.* O'GRADY, WARDEN. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Nebraska, and motion for leave to proceed further *in forma pauperis,* denied. *John Steele, pro se. Messrs. Walter R. Johnson,* Attorney General of Nebraska, *H. Emerson Kokjer,* and *Charles F. Bongardt,* Assistant Attorneys General, for respondent.

No. 279. BROUGH *v.* ARIZONA. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Arizona, and motion for leave to proceed further *in forma pauperis,* denied. *Dale Oren Brough, pro se.*

No. 313. DOUGHERTY *v.* FLORIDA. October 14, 1940. Petition for writ of certiorari to the Supreme Court of